

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00095-CV

_____

IN RE COREY MARTINEZ, Relator

---

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-700752-21

---

Before Wallach, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the relief requested has become moot. Accordingly, relator's petition for writ of mandamus is dismissed. We vacate our February 13, 2026 order staying the trial court proceedings and dismiss the case as moot.

Per Curiam

Delivered:  February 23, 2026